UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TSUNEYOSHI SURUKI,

    Plaintiff,

v.

OCWEN LOAN SERVICING, LLC, et al.,

    Defendant.

Case No. 15-cv-00773-JST

**ORDER DENYING REQUEST TO APPEAR BY TELEPHONE AT MOTION HEARING; GRANTING REQUEST FOR CONFERENCE**

Re: ECF No. 24, 25

    The Court hereby denies Defendants' request to appear by telephone at the motion to dismiss scheduled for hearing on May 14, 2015 at 2:00 P.M, ECF No. 25, as telephonic appearance at motion hearings is generally disfavored. Furthermore, Defendants are located in San Francisco have not stated any reason why telephonic appearance is necessary.

    The Court grants Defendants' request to appear by telephone at the case management conference scheduled for June 10, 2015 at 2:00 P.M. ECF No. 24. Not less than twenty-four hours before the conference, counsel shall contact the courtroom deputy at 415-522-2036 or jstcrd@cand.uscourts.gov to provide a direct dial number at which counsel can be reached for the conference.

    IT IS SO ORDERED.

Dated: April 13, 2015

_____
JON S. TIGAR
United States District Judge