UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TSUNEYOSHI SURUKI,

    Plaintiff,

    v.

OCWEN LOAN SERVICING, LLC, et al.,

    Defendants.

Case No. 15-cv-00773-JST

**ORDER LIFTING STAY**

Re: ECF No. 38

On June 22, 2015, the Court stayed this case pending the California Supreme Court's issuance of a decision in Yvanova v. New Century Mortgage Corp., 331 P.3d 1275 (Cal. 2014). ECF No. 34. On February 25, 2016, the parties filed a Joint Case Management Statement informing the Court that the California Supreme Court has issued a decision in Yvanova. ECF No. 38. Accordingly, the Court now lifts the stay.

"Given the holding in [Yvanova], Defendants plan to file an amended Motion to Dismiss." Id. at 2. Accordingly, the Court will deny Defendants' prior motion to dismiss, ECF No. 21, without prejudice. Defendants shall file an amended motion to dismiss in light of the Yvanova ruling by March 25, 2016.

The Case Management Conference remains set for June 15, 2016.

IT IS SO ORDERED.

Dated: February 29, 2016

_____
JON S. TIGAR
United States District Judge